IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES P. HUBER and<br>ARDELLA S. HUBER, | )<br>)<br>) | 4:14CV3018 |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | **ORDER** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration, | )<br>)<br>)<br>)<br>) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiffs' motions for enlargement of time (filings 15, 16) are granted, and the briefing schedule is modified as follows:

1.  Plaintiffs shall file a brief by June 16, 2014;

2.  Defendant shall file a brief by July 16, 2014;

3.  Plaintiffs may file a reply brief by July 30, 2014; and

4.  This case shall be ripe for decision on July 31, 2014.

May 28, 2014.                                    BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge